UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:25-mj-1288-NPM

JOSEPH ROCCO GIANCOLA

## NOTICE OF APPEARANCE

The United States hereby provides notice of the appearance of the undersigned as counsel for the government in the above-captioned case.

Please forward all materials in this case to counsel from this date forward.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:  */s/ Patrick L. Darcey*
Patrick L. Darcey
Assistant United States Attorney
United States Attorney No. 212
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Telephone: (239) 461-2232
Facsimile: (239) 461-2219
E-mail: Patrick.Darcey@usdoj.gov